Matter of TRI-STATE INVESTORS CORPORATION, Appellant, *v.* FREDERICK McH. KITCHING et al., Defendants. ELIZABETH F. VILKOMERSON, Respondent.

(Submitted March 23, 1931; decided March 31, 1931.)

*Elizabeth F. Vilkomerson* for motion.
*Albert Adams* opposed.

Motion denied.